READ MACHINERY CO. v. JABURG et al. (Circuit Court of Appeals, Second Circuit. June 22, 1915.) No. 281. Appeal from the District Court

of the United States for the Southern District of New York. This cause comes here upon appeal from an order of the District Court, Southern District of New York. The suit is for infringement of letters patent No. 966,765, issued August 9, 1910, to Harry Read, for a mixing machine. It came on for hearing upon pleadings and proofs before Judge Hunt, who held the patent valid and infringed and entered decree for injunction and accounting. (D. C.) 212 Fed. 951. Upon appeal to this court the decree was affirmed upon Judge Hunt's opinion. 218 Fed. 989, 133 C. C. A. 672. Defendants thereupon made a modification in the device which had been held to be an infringement, and continued to sell the modified machine. Instead of instituting a proceeding to punish defendants for contempt, complainants moved for an order extending the injunction to cover the new machine, which motion was granted. (D. C.) 221 Fed. 662. W. H. Kenyon and A. G. N. Bermilya, both of New York City, for appellants. O. W. Jeffery, of New York City (Edmund Wetmore, of New York City, of counsel), for appellee. Before LACOMBE, COXE, and ROGERS, Circuit Judges.

PER CURIAM. Judge Hunt carefully considered the testimony and arguments in support of the modified machine, and has fully discussed them in a comprehensive opinion. As we concur with his findings and conclusions, the order appealed from is affirmed, with costs.